<div align="center">

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

</div>

Mandi A. Borne
Attorney at Law
402 Convent St
Lafayette LA 70501

<div style="border:1px solid black; display:inline-block; padding:8px;">

Judgment on rehearing rendered and
mailed to all parties or counsel of
record on April 27, 2022

</div>

<div align="center">

**REHEARING ACTION: April 27, 2022**

</div>

**Docket Number: 21   00535-CA**

**KEVIN WADE GOTTE**
**VERSUS**
**RACHELLE HULIN GOTTE**

**Appealed from Lafayette Parish Case No. 20134985**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. Elizabeth A. Pickett**
    **Hon. Billy Howard Ezell**
    **Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Rachelle Hulin (formerly, Gotte)** has this day been

    **DENIED.**

cc: Brandy L. Dupuis, Counsel for the Appellee